IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER F. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-160 |
| | ) | |
| DOCTOR HALL, Wellpath Healthcare Provider; CHARLES B. WEBSTER DETENTION CENTER; STATE OF GEORGIA; AUGUSTA, RICHMOND COUNTY; DANNY L. DURHAM; E. TIMOTHY O'BRIEN; RICHMOND COUNTY SHERIFF DEPARTMENT; and WELLPATH, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 25, 26.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Thus, the Court **DISMISSES** Defendants Wellpath, Richmond County Sheriff's Department, and Charles B. Webster Detention Center, as well as all official capacity claims for monetary damages against all state official Defendants. The Court further **DISMISSES** without prejudice Defendants State of Georgia, Augusta, Richmond County, Danny L. Durham, and E. Timothy O'Brien. The case shall proceed

against Defendant Doctor Hall as described in the Magistrate Judge's April 23, 2024 Order. (Doc. no. 22.)

SO ORDERED this _11th_ day of June, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA