IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CHRISTOPHER F. JONES, | ) |
| Plaintiff, | ) |
| v. | ) CV 123-160 |
| DR. ALYCE HAWES, | ) |
| Defendant.[1] | ) |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 63.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion to set aside entry of default, (doc. no. 46), **DENIES** Plaintiff's motion for default judgment, (doc. no. 50), and **DENIES AS MOOT** Defendant's Motion in Opposition to Plaintiff's motion, (doc. no. 51). The Court **DIRECTS** the Clerk of Court to docket a scheduling notice setting case deadlines using the date of this Order as the date the issue joined.

SO ORDERED this 6th day of June, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to update Defendant's name on the docket in accordance with the above caption, which is consistent with Defendant's full name as provided on the docket. (See doc. no. 45.)