IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| CHRISTOPHER F. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 123-160 |
| ) | |
| DR. ALYCE HAWES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, ("R&R") to which objections have been filed. (Doc. no. 90.) Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R as its opinion, enjoins Plaintiff from pursuing this litigation, **GRANTS** Defendant's motion to dismiss, (doc. no. 77), **DISMISSES** this case without prejudice, and **CLOSES** this civil action. Because this case is dismissed, the Court **DENIES** Plaintiff's motion for summary judgment as **MOOT**. (Doc. no. 83.) Lastly, to the extent Plaintiff's "Declaration", filed December 9, 2025, could be construed as a motion to appoint counsel or a discovery motion, the Court **DENIES** Plaintiff's motion as **MOOT**. (Doc. no. 86.)

Plaintiff should file any appropriate motion regarding the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Clerk of Court, P.O. Box 61010, Houston, TX 77208. If Plaintiff succeeds in his application

to allow untimely opt-out in the Bankruptcy Court, he may then notify this Court and request to reopen his case.

SO ORDERED this 22nd day of January, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA