AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTOPHER F. JONES,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 123-160

DR. ALYCE HAWES,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered January 22, 2026, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion, enjoins Plaintiff from pursuing this litigation, grants Defendant's motion to dismiss, and dismisses this case without prejudice. This case stands closed.

1/22/2026
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020